UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| BRIDGET A. BOCK,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | ) | Case No: 5:26-cv-05027-MWH<br><br>**ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

Upon consideration of the Commissioner's Unopposed Motion for Entry of Judgment with an Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), it is hereby

ORDERED that the Commissioner's decision in this matter is reversed and this case is remanded to the Commissioner for further administrative proceedings as set forth below. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); It is further

ORDERED that upon remand by the Court, the case will be remanded to an administrative law judge who will offer the claimant an opportunity for a hearing and issue a new decision.

DATED this 26th day of October, 2026.

BY THE COURT:

MARK W. HAIGH
United States Magistrate Judge